No. 40062.—Protests 611310–G, etc., of Abouchar & Co. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 40063.—Protests 605149–G, etc., of Lian Bros. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.